# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                    **CASE NO.: 1:05-CR-022-SPM**

**KIM BROWN,**

    Defendant.

_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Motion to Continue Sentencing Upon Stipulation of Counsel" (doc. 29) filed October 27, 2005, in which counsel cites a calendar conflict (jury selection in another case) as grounds for the continuance. The Government is unopposed to the granting of the motion.

For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion (doc. 29) is hereby *granted*.

2.     Sentencing is reset for **Monday, December 12, 2005** at *1:30pm* at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>thirtieth</u> day of October, 2005.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge

/pao