# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**CASE NO.: 1:05-CR-022-SPM**

**KIM BROWN,**

    **Defendant.**

_____/

## ORDER MODIFYING JUDGMENT AND SENTENCE

**THIS CAUSE** comes before the Court upon the "Motion to Modify Judgment and Sentence" (doc. 35) filed December 20, 2005, in which counsel requests that the Court recommend Defendant's designation to Coleman Correctional Complex in order to be near his 9-year-old child, who resides in Orlando. The Government is unopposed to the granting of the motion.

For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion (doc. 35) is hereby *granted*.

2. The Court recommends placement at Coleman Correctional or at an institution as close to Orlando, Florida as possible.

3. The clerk shall prepare the judgment and sentence to reflect this recommendation.

**DONE AND ORDERED** this <u>twenty-first</u> day of December, 2005.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao