# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                             **CASE NO.: 1:05-CR-022-SPM**

**KIM BROWN,**

    **Defendant.**

_____/

## ORDER MODIFYING JUDGMENT AND SENTENCE

**THIS CAUSE** comes before the Court upon the "Motion to Modify Judgment and Sentence Upon Stipulation of Counsel" (doc. 42) filed February 23, 2006, in which counsel requests that the Court recommend Defendant's participation in a drug treatment program. The Government is unopposed to the granting of the motion.

For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion (doc. 42) is hereby *granted*.

2.     The Court recommends that Defendant receive and participate in substance abuse counseling and treatment while incarcerated in

the Bureau of Prisons.

3. The clerk shall prepare a modified judgment and sentence to reflect this recommendation.

**DONE AND ORDERED** this <u>seventh</u> day of June, 2006.

<u>  s/ Stephan P. Mickle  </u>
Stephan P. Mickle
United States District Judge